UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIV. NO. 2:14-112 WBS CKD |
| Plaintiff, | ORDER OF REASSIGNMENT |
| v. | |
| RUTHIE E. HARTZ, | |
| Defendant. | |

----oo0oo----

        The sole defendant in this case is appearing pro se.
Accordingly, pursuant to Local Rule 302(c)(21), this case is
hereby referred to the assigned magistrate judge for all further
proceedings consistent with the provision of the rule.  All
pending dates set by the undersigned in this matter are hereby
VACATED.

        IT IS SO ORDERED.

Dated:  March 12, 2014

                                _____
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE

1