UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cv-0112 WBS CKD PS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| RUTHIE HARTZ, | |
| Defendant. | |

Defendant is proceeding in this action pro se.  The action was referred to this court under Local Rule 302(c)(21).

By order filed March 14, 2014, defendant was ordered to file a responsive pleading no later than March 27, 2014.  Defendant has failed to comply with the order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to enter default against defendant Ruthie Hartz.

Dated: April 4, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 usa-hartz.def

1