UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ,<br><br>        Plaintiff,<br><br>   v.<br><br>Ruthie E. Hartz,<br><br>        Defendant. | Case No. 2:14-cv-00112 WBS CKD (PS)<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Ruthie E. Hartz in the amount of $44,564.72 together with interest from the date of April 8, 2014, in accordance with 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621, and 6622 until the liabilities are fully paid.

Date: May 02, 2014                                                                      MARIANNE MATHERLY, CLERK

                                                                                                      By: /s/  G. Michel<br>
                                                                                                      Deputy Clerk